FILED
IN THE OFFICE OF THE
CLERK OF SUPREME COURT
MAY 12, 2022
STATE OF NORTH DAKOTA

# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 103

In the Matter of the Petition of Shane Lance Yates for Name Change

### No. 20220054

In the Matter of the Petition of Amy Jo Yates for Name Change

### No. 20220056

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Stephannie N. Stiel, Judge.

AFFIRMED.

Per Curiam.

Shane L. Yates, self-represented, Fargo, ND, appellant.

Amy J. Yates, self-represented, Fargo, ND, appellant.

**Matter of Amy Jo Yates**
No. 20220056

**Per Curiam.**

[¶1]   Shane Lance Yates and Amy Jo Yates ("Petitioners") appeal district court orders denying their petitions for name changes and requests for evidentiary hearings. The Petitioners sought to change their names from "SHANE LANCE YATES" (in all uppercase letters) to "Shane Lance Yates" and "AMY JO YATES" (in all uppercase letters) to "Amy Jo Yates." The Petitioners argue the court erred because they are exercising their private core civilian rights and that they should have been granted a private evidentiary hearing. We conclude the district court did not err in denying the petitions for name changes or requests for evidentiary hearings. We summarily affirm under N.D.R.App.P. 35.1(a)(7); *Matter of Yates*, 2022 ND 11, ¶ 5, 969 N.W.2d 195 (holding there was no proper and reasonable cause for the district court to change two individuals' names from all capital letters to initial capital letters followed by lowercase letters because such a request was not a change from one name to another); *Matter of Mees*, 465 N.W.2d 172, 173 (N.D. 1991) ("Section 32-28-02, N.D.C.C., does not require an evidentiary hearing in conjunction with a petition for change of name.").

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte